TIE COMMUNICATIONS, INC., PLAINTIFF *v.* UNITED STATES, U.S. CUSTOMS SERVICE, AND DISTRICT DIRECTOR, CUSTOMS DISTRICT OFFICE, ST. ALBANS, VERMONT, DEFENDANTS

Court No. 91–04–00300

(Dated February 18, 1993)

## MEMORANDUM OPINION AND ORDER

MUSGRAVE, *Judge:* This Court denied the government leave to file its response and its Supplemental Motion for Summary Judgment and In Response to Plaintiff's Cross-Motion for Summary Judgment Out of Time in *TIE Communications, Inc., v. United States,* Slip Op. 92–210 (CIT November 25, 1992). The government now submits a Motion to Dissolve Preliminary Injunction and its Memorandum for Reconsideration of the Court's Decision Denying Defendant's Request for Leave to File its Response to Plaintiff's Cross-Motion for Summary Judgment Out of Time. This motion is likewise denied. The government apparently has not reformed the habits for which it was admonished in the underlying slip opinion. *See id.* It is hereby

ORDERED that the government's Motion to Dissolve Preliminary Injunction and its Memorandum for Reconsideration of the Court's Decision Denying Defendant's Request for Leave to File its Response to Plaintiff's Cross-Motion for Summary Judgment Out of Time is denied; it is further

ORDERED that the papers submitted in support of said motion be stricken and excluded from the record.